GUSSIE GARB et al., Respondents, *v.* AMALGAMATED PROPERTIES, INC., Appellant.

Submitted April 11, 1938; decided April 12, 1938.

*Harry Lesser* for motion.

*Robert H. Charlton* opposed.

Motion granted and appeal dismissed, with costs, and ten dollars costs of motion.